UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

HARRY DAVIS; RITA-MARIE GEARY; )
PATTY POOLE; and ROBERTA )
WALLACH, on behalf of themselves )
and all others similarly situated, )
                                   )
              Plaintiffs           )        12 Civ. _____
                                   )
                    v.             )        **NOTICE OF MOTION FOR**
                                   )        **PRELIMINARY INJUNCTIVE RELIEF**
NIRAV SHAH, individually and in his )
official capacity as Commissioner of the )
New York State Department of Health, )
                                   )
                                   )
              Defendant            )        **12   CV   6134**
                                   )

**PLEASE TAKE NOTICE** that upon the annexed declarations of Geoffrey Hale, Esq.,

dated February 25, 2012, and the Memorandum of Law in Support of the Motion for Preliminary

Injunctive Relief, and upon all the papers filed and all the proceedings had herein, the plaintiff

class will move this Court, at a time and date to be determined by the United States District

Judge for the Western District of New York, in a courtroom of the United States Courthouse, 100

State Street, Rochester, New York, also to be determined by the Court, for a preliminary order:

(i)     Enjoining Defendant from enforcing New York Soc. Serv. Law § 365-a(2)(g)(iii)
        and (iv), its regulation 18 N.Y.C.R.R. § 505.5(g)(1) and (2), and its policies
        denying coverage of medically necessary orthopedic footwear and compression
        stockings through the New York State Medicaid program;

(ii)    Requiring Defendant to cover medically necessary orthopedic footwear and
        compression stockings;

(iii)   Requiring Defendant to issue appropriate notices of denials, terminations, and
        reductions in the provision of medically necessary orthopedic footwear and
        compression stockings;

1

(iv)    Requiring Defendant to notify Medicaid beneficiaries of their right to a fair hearing in the event of a denial, termination, or reduction in the provision of medically necessary orthopedic footwear and compression stockings; and

(v)    For such other and further preliminary relief as is necessary.

**PLEASE TAKE FURTHER NOTICE THAT** responding papers, if any, shall be made within the time remaining to respond to the original complaint or within 10 days after service of the amended pleading, whichever is later, and reply papers, if any, shall be served on or before a date to be determined by the United States District Judge for the Western District of New York.

Dated: Rochester, New York
       March 14, 2012

           Respectfully submitted,

           Empire Justice Center
           1 West Main Street, Suite 200
           Rochester, New York 14614
           Telephone: (585) 454-4060

           /s/ Bryan Hetherington
           Bryan Hetherington, Esq.
           bhetherington@empirejustice.org

           /s/ Jonathan Feldman
           Jonathan Feldman, Esq.
           jfeldman@empirejustice.org

           /s/ Geoffrey Hale
           Geoffrey Hale, Esq.
           ghale@empirejustice.org

           National Health Law Program, Inc.
           101 East Weaver St., Suite G-7
           Carrboro, North Carolina 27510
           Telephone:  (919) 968-6308

           /s/ Jane Perkins
           Jane Perkins, Esq.
           *Pro Hac Vice* Application Pending

perkins@healthlaw.org

/s/ Sarah Somers
Sarah Somers, Esq.
*Pro Hac Vice* Application Pending
ssomers@healthlaw.org

*Counsel for Plaintiffs*