UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

HARRY DAVIS; RITA-MARIE GEARY;  )
PATTY POOLE; and ROBERTA        )
WALLACH, on behalf of themselves )
and all others similarly situated, )
                                )
         Plaintiffs             )        12 Civ. _____
                                )
             v.                 )
                                )        **12' CV 6134**
NIRAV SHAH, individually and in his   .) 
official capacity as Commissioner of the )
New York State Department of Health,  )
                                )
                                )
         Defendant              )
                                )

## ORDER

WHEREAS the Court has considered the parties' evidence and the applicable law and finds that plaintiffs have satisfied the requirements for obtaining a preliminary injunction; specifically, plaintiffs have demonstrated that in the absence of a preliminary injunction, they and others similarly situated will suffer irreparable harm, they are likely to succeed on the merits and the balance of hardships tip decidedly in plaintiffs' favor.

THEREFORE, defendant is preliminarily enjoined from enforcing New York Soc. Serv. Law § 365-a(2)(g)(iii) and (iv) through its policies and regulation 18 N.Y.C.R.R. § 505.5(g).

This Order shall remain in force and in effect until further notice.

_____
Judge, U.S. District Court