# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| HARRY DAVIS; RITA-MARIE GEARY; PATTY POOLE; and ROBERTA WALLACH; on behalf of themselves and all others similarly situated<br>*Plaintiff*<br>v.<br>NIRAV SHAH, individually and in his official capacity as Commissioner of the New York State Department of Health<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.   12-CV-6134 CJS(P) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   the matter is administratively closed pursuant to the Decision and Order for Declaratory and Injunctive Relief filed January 28, 2014 (docker #42).
                                                                                                                            .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Charles J. Siragusa   on a motion for   N/A
                                                                                                                            .

Date:   Jan 29, 2014                                                          *CLERK OF COURT*

                                                                                                    s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*